UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| ASHLEY TUBBS | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:24-cv-00382-PRW |
| | ) |
| CREDENCE RESOURCE | ) |
| MANAGEMENT, LLC, SENTRY | ) |
| CREDIT, INC., and CREDIT CONTROL, | ) |
| LLC | ) |
|       Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiff Ashley Tubbs respectfully notifies the Court that she and Credit Control, LLC have agreed in principle to settle the above-captioned matter with prejudice. Counsel for the parties are in the process of preparing and finalizing their Settlement Agreement. The parties intend to file the Stipulated Dismissal as soon as practicable.

Respectfully submitted:

**Law By JW, LLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: _____

JEFFREY A. WILSON

1

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, March 3, 2025, the foregoing document was served on all required parties via ECF document system.

Jeffrey A. Wilson