UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| ASHLEY TUBBS<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 5:24-cv-00382-PRW<br>) |
| CREDENCE RESOURCE<br>MANAGEMENT, LLC, SENTRY<br>CREDIT, INC., and CREDIT CONTROL,<br>LLC<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ashley Tubbs and Defendants Credit Control, LLC hereby stipulate and agree that all claims raised in this civil action have been settled and that Plaintiff's claims against both Credit Control, LLC should be dismissed, with prejudice, and with each side to bear its own costs and attorney's fees.

Dated: April 7, 2025.


(INTENTIONALLY LEFT BLANK)

1

Respectfully submitted:

**Law By JW, LLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: _____
JEFFREY A. WILSON

and

**Martin Golden Lyons
Watts Morgan PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
**Martin Golden Lyons
Watts Morgan PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly furnished to all counsel of record in accordance with the Rules of Civil Procedure on Monday, April 7, 2025.

/s/ Jeffrey A. Wilson
**JEFFREY A. WILSON**